**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALTON VARGAS, | No. C 12-1870 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| NAPA STATE HOSPITAL; et al., | |
| Defendants. | |

Plaintiff was ordered to pay the full filing fee by July 6, 2012 when the court denied his *in forma pauperis* application because his application showed that he had sufficient funds to pay the full filing fee. Plaintiff thereafter sent to the court a letter stating that he wanted to withdraw his complaint. (Docket # 7.) The court construes the letter to be a request for voluntary dismissal and GRANTS it. This action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 4, 2012

_____
SUSAN ILLSTON
United States District Judge